# United States Court of Appeals
## For the First Circuit

No. 21-1131

CITY OF QUINCY, MASSACHUSETTS; TOWN OF HINGHAM, MASSACHUSETTS; TOWN OF BRAINTREE, MASSACHUSETTS; DOROTHY ANDERSON; ALICE ARENA; MARGARET BELLAFIORE; WENDY CULLIVAN; SUSAN GREENE; ANDREA HONORE; MICHAEL LANG; CURTIS NORDGAARD, M.D.; THOMAS PENDERGAST; JUDY ROBERTS; BETSY SOWERS; BERNADETTE WILSON; KENNETH J. DIFAZIO; JANE HACKETT, Councilor at Large; ED HARRINGTON, District Five Councilor; REBECCA HAUGH; GEORGE LORING; ARTHUR MATHEWS; PATRICK M. O'CONNOR; FRANK SINGLETON; THOMAS TANNER,

Petitioners,

v.

MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION,

Respondent,

ALGONQUIN GAS TRANSMISSION, LLC,

Intervenor.

**ERRATA SHEET**

The opinion of this Court issued on December 17, 2021 is amended as follows:

On page 9, footnote 3, line 3, "as" is replaced with "at"